**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01665-LTB-MJW

DANIEL OSAZUWA,

       Plaintiff,

v.

THE TJX COMPANY, d/b/a T.J. MAXX, a Delaware corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 12 - filed May 19, 2006), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Chief Judge

DATED: May 22, 2006